[No. 2710–2.   Division Two.   December 12, 1977.]

CHARLES FRANK, *Appellant,* v. THE CITY OF FIFE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 247701, Thomas A. Swayze, Jr., J., entered December 10, 1976. *Affirmed* by unpublished opinion per Reed, A.C.J., concurred in by Petrie, J., and Johnson, J. Pro Tem.

[No. 2757–2.   Division Two.   December 13, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. STACY ELAINE STEPETIN PEREZ, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. C–5085, Gerry L. Alexander, J., entered February 11, 1976. *Reversed* by unpublished opinion per Pearson, C.J., concurred in by Petrie and Reed, JJ.

[No. 2132–3.   Division Three.   December 15, 1977.]

ELEANORE G. EARHART, *Respondent,* v. NATIVIDAD PEREZ, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 29703, Albert J. Yencopal, J., entered October 7, 1976. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.